UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RACHEL DAVIS, ET AL**  **CIVIL ACTION**

**VERSUS**  **NO. 15-452-JJB-RLB**

**HOME DEPOT, U.S.A., ET AL**

### ORDER

Before the court is Plaintiffs' Consent Motion for Leave to File First Supplemental and Amended Complaint (R. Doc. 16) filed on October 28, 2015. Plaintiffs' proposed amendments seek to remove defendant Lennox Industries, Inc. as a named defendant and add Lennox National Account Services LLC as a named defendant.

This is a diversity action. In order for the court to determine whether the motion should be granted, the court must determine whether the additional party will affect the continued exercise of jurisdiction. The instant proposed pleading (R. Doc. 16-1) is deficient with regard to the citizenship of Lennox National Account Services LLC.

The proposed defendant is a limited liability company. The citizenship of a limited liability company is determined by the citizenship of each of its members, not its principal place of business, the state under whose laws it is organized, or its authorization to do business in a certain state. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). When members are themselves limited liability companies, the citizenship must be traced through however many layers of members there may be. *Turner Bros. Crane & Rigging, LLC v. Kingboard Chem. Holding Ltd.*, No. 06–88, 2007 WL 2848154, at *4 (M.D. La. Sept. 24, 2007).

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Amend (R. Doc. 16) is **DENIED** without prejudice to the submission of a pleading properly setting forth the citizenship particulars required to establish that the court has diversity jurisdiction over the case with the proposed defendant, **Lennox National Account Services LLC**.

**IT IS FURTHER ORDERED** that the deadline to file an amended pleading is extended to **November 9, 2015**.

Signed in Baton Rouge, Louisiana, on October 30, 2015.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**